# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WAN KYU PARK,**

    Plaintiff,

v.                        **CASE NO.: 4:25-cv-00267-MW-MJF**

**FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, LAURA GREENE, ERIC PALM, REBECCA PETERSON and JAMES CLARK, in both their official and individual capacities,**

    Defendants.
_____/

## DEFENDANTS' RULE 26 DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), Defendants, the Florida State University Board of Trustees ("FSU"), Dr. Laura Greene, Dr. Eric Palm, Rebecca Peterson, and Dr. James Clark, by and through counsel, hereby disclose the following:

**Rule 26(a)(1)(A)(i)**

Dr. Wan Kyu Park
Plaintiff
c/o Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
(850) 383-4800
(knowledge regarding allegations in Plaintiff's Complaint)

Dr. Laura Greene
c/o counsel
(850) 297-2222

(knowledge regarding Plaintiff's work performance and history, previous position duties, and of employee/student complaints into Plaintiff's conduct)

Dr. Eric Palm
c/o counsel
(850) 297-2222
(knowledge regarding Plaintiff's disciplinary history, grievance request process, employee/student complaints into Plaintiff's conduct, and Plaintiff's contract non-renewal)

Rebecca Peterson
c/o counsel
(850) 297-2222
(knowledge regarding Plaintiff's disciplinary history, grievance process, and contract non-renewal)

Dr. James Clark
c/o counsel
(850) 297-2222
(knowledge regarding Plaintiff's grievance process and employee/student complaints concerning Plaintiff's conduct)

Tim Murphy
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding Plaintiff's former position duties and responsibilities and employee/student complaints concerning Plaintiff's conduct)

Dr. Lance Cooley
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding Plaintiff's work performance, duties, and responsibilities in Plaintiff's current position)

Bettina Roberson
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding employee/student complaints concerning Plaintiff's conduct and of the meeting where Plaintiff received his written reprimand)

Dr. Gregory Boebinger
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding referring Plaintiff to HR for his workplace concerns and Plaintiff's grievance process)

Dr. Katheleen Amm
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding Plaintiff's work performance, duties, and responsibilities in Plaintiff's current position)

Dr. Janet Kistner
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding the HR investigation of the student/employee complaints concerning Plaintiff's conduct and of Plaintiff's statements to her regarding his workplace concerns)

Aisha Qureshi
c/o FSU
Florida State University

Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding her statements to HR during its investigation into Plaintiff's conduct and Plaintiff's request to terminate a graduate student from employment)

Dr. Irinel Chiorescu
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding his statements to HR during its investigation and employee/student complaints into Plaintiff's conduct)

Student 1
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding personal experience working with Plaintiff at the Mag Lab)

Graduate Assistant/Student 2
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding personal experience working with Plaintiff at the Mag Lab)

Dr. Lloyd Engel
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding Plaintiff's student switching into another group at Mag Lag)

Renisha Gibbs
c/o FSU
Florida State University
Suite 424, Westcott Building
Tallahassee, Florida 32306-1400
(850) 644-4440
(knowledge regarding Plaintiff's grievance process and contract non-renewal process)

Records Custodians as necessary to authenticate third-party records

Any other witnesses identified during discovery

Any witnesses listed by Plaintiff

**Rule 26(a)(1)(A)(ii)**

Plaintiff's personnel file

Plaintiff's Written Reprimand

Plaintiff's Notice of Reassignment

Plaintiff's Notice of Contract Non-Renewal

FSU Notice of Final Agency Action

Plaintiff's EEOC/FCHR Charge of Discrimination (No.: 510-2024-02219) w/ Attachments

FSU Position Statement to EEOC/FCHR Charge w/ Attachments

Plaintiff's Grievance Requests w/ Attachments

Step 2 Grievance Meeting Notes

Plaintiff's Facilitation Request w/ Attachments

FSU's Response to Plaintiff's Facilitation Request

Plaintiff's medical records/history to be obtained during discovery

Courts records regarding Wan Kyu Park v. Florida State University Board of Trustees, Case No.: 2024-AP-0001 (Fla. 2d Cir. 2024)

Court records regarding Wan Kyu Park v. Florida State University Board of Trustees, Case No.: 1D2024-2064 (Fla. 1st DCA 2024)

All records identified by Plaintiff

**Rule 26(a)(1)(A)(iii)**

Not applicable at this time.

**Rule 26(a)(1)(A)(iv)**

Not applicable.

*s/Brian C. Keri*
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
michellemsmith@earthlink.net
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to Thomas L. Dickens, Esquire and Marie Mattox, Esquire, 203 North Gadsden Street, Tallahassee Florida 32301, on November 18, 2025.

*s/Brian C. Keri*
Brian C. Keri