UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLASSEE DIVISION

**WAN KYU PARK,**

    Plaintiff,

v.                               **CASE NO.: 4:25-cv-00267-MW-MJF**

**FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES, et al.,**

    Defendants.
_____/

## JOINT STATUS REPORT

COMES NOW the Parties, Plaintiff, Wan Kyu Park and Defendants, Florida State University Board of Trustees, Laura Greene, Eric Palm, Rebecca Peterson and James Clark, by and through their undersigned attorneys, pursuant to this Court's September 24, 2025, Initial Scheduling Order (Doc. 16), and file their Joint Status Report as follows:

1.     The Parties exchanged initial Rule 26 disclosures.

2.     Defendants served a Notice of Intent to Serve Subpoenas on November 18, 2025.

3.     Defendants individually served First Interrogatories to Plaintiff on November 21, 2025.

4. Defendants individually served First Requests for Production of Documents to Plaintiff on November 21, 2025.

Dated this 24th day of November, 2025.

*s/Brian C. Keri*
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
Attorney for Defendants

*s/Thomas L. Dickens*
THOMAS L. DICKENS (FBN 63867)
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Thomas.Dickens@mattoxlaw.com
Attorney for Plaintiff