# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLASSEE DIVISION

**WAN KYU PARK,**

    Plaintiff,

v.                                    **CASE NO.: 4:25-cv-00267-MW-MJF**

**FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES, et al.,**

    Defendants.

_____/

## <u>JOINT STATUS REPORT</u>

COMES NOW the Parties, Plaintiff, Wan Kyu Park and Defendants, Florida State University Board of Trustees, Laura Greene, Eric Palm, Rebecca Peterson and James Clark, by and through their undersigned attorneys, pursuant to this Court's September 24, 2025, Initial Scheduling Order (Doc. 16), and file their Joint Status Report as follows:

1. Defendants' deposition of Plaintiff was held on March 18, 2026.

2. Plaintiff's depositions were held on March 26 and 27, 2026 and Plaintiff and Defendant are discussing the need for two final depositions which were previously noticed.

3. Mediation has been scheduled for April 1, 2026.

Dated this 31st day of March, 2026.

s/Brian C. Keri
BRIAN C. KERI (FBN 0087874)
P.O. Box 13599
Tallahassee, Florida 32317-3599
Telephone: (850) 297-2222
brianckeri@earthlink.net
Attorney for Defendants

s/Thomas L. Dickens
THOMAS L. DICKENS (FBN 63867)
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Thomas.Dickens@mattoxlaw.com
Attorney for Plaintiff