**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**WAN KYU PARK,**

     *Plaintiff,*

**v.**                    **Case No.: 4:25cv267-MW/MJF**

**FLORIDA STATE UNIVERSITY**
**BOARD OF TRUSTEES, et al.,**

     *Defendants.*

_____/

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED WORD LIMIT

This Court has considered, without hearing, Defendants' motion to increase the word limit for their omnibus motion for summary judgment to 13,000 words. ECF No. 33. The motion is **GRANTED**. Defendants' omnibus motion for summary judgment shall not exceed 13,000 words.

**SO ORDERED on April 20, 2026.**

**s/Mark E. Walker**
**United States District Judge**
