

**Florida State University**
1800 East Paul Dirac Drive
Tallahassee, Florida 32310
nationalmaglab.org

August 26, 2024

Wan Kyu Park
National High Magnetic Field Laboratory
Florida State University

Dear Dr. Park,

This correspondence is in response to your email, dated August 9, 2024, in which you requested a written statement on the basis for the decision not to reappoint you, in accordance with Section 12.2(e) of the FSU-BOT UFF Collective Bargaining Agreement (CBA). The requested written statement is as follows:

The decision was based on the conclusion that your contributions in your position do not align with the current business needs and future direction of the National High Magnetic Field Laboratory. Therefore, it is in the best interest of the University that your appointment is not renewed, which you were notified of with the appropriate notice period as specified in Section 8.6 and 12.2 in the CBA.

Sincerely,

Dr. Eric Palm
Deputy Laboratory Director
National High Magnetic Field Laboratory

I hereby acknowledge receipt of this letter:

_____          8/26/2024
Wan Kyu Park                              _____
                                          Date

cc:    Personnel File (Park, W.)
       VP for Faculty Development and Advancement
       Faculty Relations, HR

**Eric Palm, Deputy Laboratory Director**          850.644.1325 | palm@magnet.fsu.edu

Operated by Florida State University, University of Florida, and Los Alamos National Laboratory
Supported by the U.S. National Science Foundation and the State of Florida