**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLASSEE DIVISION**

**WAN KYU PARK,**

    Plaintiff,

v.                          **CASE NO.: 4:25-cv-00267-MW-MJF**

**FLORIDA STATE UNIVERSITY BOARD**
**OF TRUSTEES, et al.,**

    Defendants.

_____/

**<u>JOINT STATUS REPORT</u>**

COMES NOW the Parties, Plaintiff, Wan Kyu Park and Defendants, Florida State University Board of Trustees, Laura Greene, Eric Palm, Rebecca Peterson and James Clark, by and through their undersigned attorneys, pursuant to this Court's September 24, 2025, Initial Scheduling Order (Doc. 16), and file their Joint Status Report as follows:

1. Mediation was held on April 1, 2026.

2. Plaintiff took depositions on April 7, 2026.

3. Discovery ended on April 14, 2026.

4. Defendants filed their Motion for Summary Judgment on April 22, 2026.

5.      Plaintiff filed his Motion for Partial Summary Judgment on April 22, 2026

Dated this 30th day of April, 2026.


*s/Brian C. Keri*                          *s/Thomas L. Dickens*
BRIAN C. KERI (FBN 0087874)      THOMAS L. DICKENS (FBN 63867)
P.O. Box 13599                          203 North Gadsden Street
Tallahassee, Florida 32317-3599      Tallahassee, FL 32301
Telephone: (850) 297-2222           Telephone: (850) 383-4800
brianckeri@earthlink.net             Thomas.Dickens@mattoxlaw.com
Attorney for Defendants              Attorney for Plaintiff