WAN KYU PARK,

  **Plaintiff,**         CASE NO.  4:25-cv-0267-MW/MJF

v.

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES, LAURA
GREENE, ERIC PALM, REBECCA
PETERSON and JAMES CLARK, in
both their official and individual capacities,

  **Defendant.**

_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, WAN KYU PARK**,** through counsel, hereby identify the following

exhibits which may be used:

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 1 | 6/15/16 | | | | Plaintiff's Faculty Offer Letter (June 15, 2016) | |
| 2 | 12/13/23 | | | | Step 2 Declaration on Reinstatement (December 13, 2023) | |
| 3 | 2/5/19 | | | | Co-Doctoral Directive Status Approval Letter (February 5, 2019) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 4 | 12/9/20 | | | | NSF Award Notification (December 9, 2020) | |
| 5 | 2/17/22 | | | | President's Promotion Letter (February 17, 2022) | |
| 6 | 9/21/21 | | | | Murphy's Recommendation Letter for Promotion (September 21, 2021) | |
| 7 | | | | | Faculty Contract (August 8, 2022-August 6, 2026) | |
| 8 | | | | | CBA (2022–2025) | |
| 9 | | | | | Greene-Park Communications and Reports to Officials (February 11-March 1, 2021) | |
| 10 | 2/6/23 | | | | Greene's Student Conduct Report (February 6, 2023) | |
| 11 | 2/10/23 | | | | Roberson Email re Meeting to discuss faculty issue (February 10, 2023) | |
| 12 | 2/17/23 | | | | Murphy-Roberson note-to-file, (February 17, 2023) | |
| 13 | 2/20/23 | | | | Roberson Email re List of witnesses (February 20, 2023) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 14 | 3/3/23 | | | | Greene note-to-file (March 3, 2023) | |
| 15 | | | | | Palm Email re Meeting re Faculty rules (February 24 and March 2, 2023) | |
| 16 | 3/23/23 | | | | Peterson Email re Update on Cases (March 23, 2023) | |
| 17 | 3/16/23 | | | | Student 1's Interview Notes (March 16, 2023) | |
| 18 | 4/5/23 | | | | Student 2's Interview Notes (April 5, 2023) | |
| 19 | 5/13/24 | | | | Certiorari Proceeding: FSU's Response (May 13, 2024) | |
| 20 | 4/10/23 | | | | Plaintiff's Notification of Investigation by Palm and Peterson (April 10, 2023) | |
| 21 | 1/9/26 | | | | Plaintiff's Answers to Defendants' Interrogatories (January 9, 2026) | |
| 22 | 5/10/23 | | | | Plaintiff's Interview Notes and Supplementary Information (May 10, 2023) | |
| 23 | 5/10/23 | | | | Peterson Email Chain and Draft Reprimand (May 10, 2023) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 24 | | | | | Email Chain re Park Recommendation (May 17-31, 2023) | |
| 25 | | | | | Email Chain re Wan Kyo Park Actions (June 5-July 2, 2023) | |
| 26 | 7/7/23 | | | | ePAR Paperwork on Student's Supervisor Change (July 7, 2023) | |
| 27 | 7/14/23 | | | | Plaintiff's Written Account (July 14, 2023) | |
| 28 | 7/21/23 | | | | Written Reprimand (June 21, 2023) | |
| 29 | 6/21/23 | | | | Reassignment Letter (June 21, 2023) | |
| 30 | 6/21/23 | | | | Palm Email re Report of disciplinary session (June 21, 2023) | |
| 31 | | | | | Greene Emails re Student contact (June 30) and re Park v. FSU lawsuit (July 23) | |
| 32 | 7/23/23 | | | | Cooley Email re Greene's July 23 email (July 23, 2023) | |
| 33 | 7/28/24 | | | | EEOC Proceeding: FSU's Position Statement (July 28, 2024) | |
| 34 | 11/25/24 | | | | EEOC Proceeding: FSU's comparators (November 25, 2024) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 35 | | | | | Grievance Facilitation: Seven Affidavits from students and Faculty (July 2023) | |
| 36 | 8/2/23 | | | | Grievance Facilitation: Plaintiff's Statement (August 2, 2023) | |
| 37 | 9/18/23 | | | | Grievance Facilitation: Kistner's Email re Facilitation response draft (September 18, 2023) | |
| 38 | 9/18/23 | | | | Grievance Facilitation: Kistner's Response (September 18, 2023) | |
| 39 | 10/2/23 | | | | Grievance Step 1: Plaintiff's Statement (October 2, 2023) | |
| 40 | 10/13/23 | | | | Grievance Step 1: Plaintiff's Declaration on Witness Statements (October 13, 2023) | |
| 41 | 10/13/23 | | | | Grievance Step 1: Plaintiff's Declaration re Greene's Conduct (October 13, 2023) | |
| 42 | | | | | Grievance Step 1: Settlement Proceeding (Oct 2023) | |
| 43 | 11/1523 | | | | Grievance Step 1: Palm's Response (November 15, 2023) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 44 | 12//13/23 | | | | Grievance Step 2: Plaintiff's Declaration re Greene's Conduct (December 13, 2023) | |
| 45 | 1/12/24 | | | | Grievance Step 2: Scoles Email re University's Response (January 12, 2024) | |
| 46 | 2/9/24 | | | | Grievance Step 2: Clark's Response (February 9, 2024) | |
| 47 | 3/11/24 | | | | Certiorari Proceeding: Plaintiff's Petition 2nd Circuit Court (March 11, 2024) | |
| 48 | 6/12/24 | | | | Certiorari Proceeding: Plaintiff's Reply to FSU's Response (June 12, 2024) | |
| 49 | 6/28/24 | | | | Certiorari Proceeding: Court's Order (June 28, 2024) | |
| 50 | 5/13/24 | | | | Certiorari Proceeding: FSU's Proposed Order (May 13, 2024) | |
| 51 | 7/24/24 | | | | Roberson Email re Meeting request (July 24, 2024) | |
| 52 | 7/25/24 | | | | Non-Renewal Notice by Palm (July 25, 2024) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 53 | 826/24 | | | | Non-Renewal Written Ground by Palm (August 26, 2024) | |
| 54 | | | | | Emails re Missing 2022 Evaluation (Nov 2023) | |
| 55 | 1/7/25 | | | | Non-Renewal Grievance Step 1: Amm's Response (January 7, 2025) | |
| 56 | 3/4/25 | | | | Non-Renewal Grievance Step 2: Clark's Response (March 4, 2025) | |
| 57 | 11/28/23 | | | | Grievance Step 2: Plaintiff's Statement (November 28, 2023) | |
| 58 | | | | | Greene's Recommendation Letter (2016) | |
| 59 | | | | | Annual Evaluations (2016–2021) | |
| 60 | 4/7/21 | | | | Greene Email re 'Confused' in the US (April 7, 2021) | |
| 61 | | | | | Murphy/Roberson/Peterson re Investigatory Input (February 16-17, 2023) | |
| 62 | 4/5/23 | | | | Jaggi Interview Notes (April 5, 2023) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 63 | 4/21/23 | | | | Plaintiff's Email to Peterson re February 2021 (April 21, 2023) | |
| 64 | 12/1/23 | | | | EEOC Proceeding: Plaintiff's Charge (December 1, 2023) | |
| 65 | | | | | WhatsApp Messages between Student 1 and Plaintiff (2022-2023) | |
| 66 | | | | | Emails re Student 1's Departure and APS Travel | |
| 67 | | | | | Student 1's Emails Thanking Plaintiff (2021-2023) | |
| 68 | | | | | Emails re 2023 NSF Annual Report (Nov-Dec 2023) | |
| 69 | 7/17/24 | | | | Email Notification re NSF Grant Extension (July 17, 2024) | |
| 70 | 3/21/23 | | | | Chiorescu Interview Notes (March 21, 2023) | |
| 71 | 3/24/23 | | | | Qureshi Interview Notes (March 24, 2023) | |
| 72 | 10/26/21 | | | | Boebinger's Recommendation Letter for Promotion (October 26, 2021) | |
| 73 | 3/13/23 | | | | Palm Email re Meeting to discuss faculty rules (March 13, 2023) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 74 | 3/22/23 | | | | Roberson Email re Meeting to discuss faculty rules (March 22, 2023) | |
| 75 | 4/10/23 | | | | Roberson/Peterson Emails re Status of investigation (April 10, 2023) | |
| 76 | | | | | Plaintiff's Communications with Murphy, Palm, Peterson re Investigation (April 2023) | |
| 77 | 4/19/23 | | | | Plaintiff Draft Interview Notes from Peterson (April 19, 2023) | |
| 78 | | | | | Student Feedback Request Correspondence (October 19-20, 2023) | |
| 79 | | | | | Emails re FSU's Quantum Initiative Communication (Feb-Aug 2024) | |
| 80 | | | | | Student2's Emails till Jan 2023 thanking and seeking Plaintiff's advice | |
| 81 | | | | | Greene Emails re NSF Grant (2024-2025) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 82 | 8/16/24 | | | | Certiorari Proceeding: Appeal to First DCA (August 16, 2024) | |
| 83 | 8/24/27 | | | | EEOC Proceeding: Plaintiff's Rebuttal to FSU's Position Statement (August 27, 2024) | |
| 84 | 1/13/25 | | | | EEOC Proceeding: Plaintiff's Supplemental Submission (January 13, 2025) | |
| 85 | 9/23/24 | | | | Non-Renewal Grievance Facilitation: Plaintiff's Statement (September 23, 2024) | |
| 86 | 11/4/24 | | | | Non-Renewal Grievance Facilitation: Kistner's Response (November 4, 2024) | |
| 87 | 11/18/24 | | | | Non-Renewal Grievance Step 1: Plaintiff's Statement (November 18, 2024) | |
| 88 | 1/22/25 | | | | Non-Renewal Grievance Step 2: Plaintiff's Statement (January 22, 2025) | |
| 89 | 1/7/26 | | | | Defendants' Response to Plaintiff's Request of Production (January 7, 2026) | |

| No. | Date | BS No. | Date Identified | Date Admitted | Description/Comment | Defendant's Objections |
|---|---|---|---|---|---|---|
| 90 | | | | | Physics Graduate Students Handbook (2023) | |
| 91 | 3/18/26 | | | | Plaintiff Deposition (March 18, 2026) | |
| 92 | 3/26/26 | | | | FSU-BOT 30(b)(6) Deposition - Peterson (March 26, 2026) | |
| 93 | 3/26/26 | | | | Peterson Deposition (March 26, 2026) | |
| 94 | 3/26/26 | | | | Palm Deposition (March 26, 2026) | |
| 95 | 3/26/26 | | | | Clark Deposition (March 26, 2026) | |
| 96 | 3/26/26 | | | | Greene Deposition (March 26, 2026) | |
| 97 | 3/27/26 | | | | Murphy Deposition (March 27, 2026) | |
| 98 | 3/27/26 | | | | Cooley Deposition (March 27, 2026) | |
| 99 | 3/27/26 | | | | Amm Deposition (March 27, 2026) | |
| 100 | 4/14/26 | | | | Student 1's deposition transcripts (April 14, 2026) | |
| 101 | 4/14/26 | | | | Student 2's deposition transcripts (April 14, 2026) | |
| 102 | | | | | Partial EEOC File (timeline of events) | |

Respectfully submitted,

/s/ Thomas L. Dickens, III
**THOMAS L. DICKENS, III, ESQ.**
Florida Bar No.: 063867
**MARIE A. MATTOX, P.A.**
203 N. Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
Email:
thomas.dickens@mattoxlaw.com
Alt.Email:
linette.williams@mattoxlaw.com
discovery@mattoxlaw.com
Scheduling:
michelle2@mattoxlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Court's CM/ECF electronic filing system, which will send notice to all counsel of record on this 13th day of May, 2026.